UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                    Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA,<br><br>                    Defendant. | NO:  4:13-CV-5087-RMP<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR CLARIFICATION |

Before the Court are Plaintiff's Request for Clarification, ECF No. 12, Plaintiff's Motion to Dismiss, ECF No. 13, and Plaintiff's Motion to Withdraw the Motion to Dismiss, ECF No. 14.  The Court has considered all of the relevant filings and is fully informed.

Plaintiff asks the Court to clarify a letter that Plaintiff received from Defendant, informing her that her mortgage loan had been transferred to another loan servicer.  ECF No. 12 at 2-3.  The Court must liberally construe motions filed by litigants who are not represented by attorneys, *Bernhardt v. Los Angeles County*, 339 F.3d 920, 925 (9th Cir. 2003), but interpreting a letter that Plaintiff

ORDER DENYING PLAINTIFF'S REQUEST FOR CLARIFICATION ~ 1

received from Defendant is well outside of the proper scope of the Court's role. Plaintiff seeks legal advice that is usually obtained from an attorney.

Plaintiff moved to dismiss the case because she believed that the matter had been resolved, ECF No. 13, but she now moves to withdraw the motion to dismiss because the parties have not actually come to an agreement, ECF No. 14.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Request for Clarification, **ECF No. 12**, is **DENIED**.

2. Plaintiff's Motion to Dismiss, **ECF No. 13**, is **WITHDRAWN**.

3. Plaintiff's Motion to Withdraw the Motion to Dismiss, **ECF No. 14**, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and to provide copies to Plaintiff and counsel.

**DATED** this 7th day of January 2014.


    *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR CLARIFICATION ~ 2