UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                    Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA,<br><br>                    Defendant. | NO:  CV-13-5087-RMP<br><br>ORDER GRANTING MOTION TO DISMISS |

Plaintiff moves to dismiss her case against Defendant Bank of America. ECF No. 43.  Defendant stipulates to Plaintiff's motion and requests the Court to expedite its consideration of the motion.  ECF No. 44.  The Court has considered the filings and is fully informed.

Plaintiff explains in her motion that she unintentionally sued the wrong defendant.  ECF No. 43 at 2.  After further investigation, Plaintiff learned that Defendant Bank of America does not have authority to settle or resolve this matter. ECF No. 43 at 2.  Defendant stipulates to Plaintiff's motion to dismiss her case and requests the Court to consider the motion on an expedited basis because of

ORDER GRANTING MOTION TO DISMISS ~ 1

upcoming filing deadlines for other motions.  ECF No. 44 at 2.  Plaintiff also expresses a desire to "conference with the court."  However, with no motion pending before the Court once the motion to dismiss is resolved, the Court deems it inappropriate to schedule a conference with the parties.

In light of the parties' stipulation to the underlying motion, the Court finds that it is appropriate to resolve the matter on an expedited basis.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Dismiss, **ECF No. 43**, is **GRANTED**.

2. Plaintiff's case is dismissed **without** prejudice.

**IT IS SO ORDERED.**  The District Court Clerk is hereby directed to enter this Order, to provide copies to pro se Plaintiff and counsel, and to **close this case**.

**DATED** this 14th day of May 2014.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                      Chief United States District Court Judge